No. 178. LEWIS, TESTAMENTARY EXECUTRIX, ET AL. *v.* UNITED STATES DEPARTMENT OF AGRICULTURE ET AL. October 14, 1940. Petitions for writs of certiorari to the Circuit Court of Appeals for the Fifth Circuit, and motions for leave to proceed further *in forma pauperis,* denied. *Agnes E. Lewis, pro se.* Reported below: 110 F. 2d 65.

No. 228. HARTENFELD *v.* UNITED STATES. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Julian C. Ryer* for petitioner. *Solicitor General Biddle, Assistant Attorney General Rogge,* and *Messrs. William W. Barron* and *James P. O'Brien* for the United States.

No. 232. ROSSIGNOL *v.* UNITED STATES. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. James Frank Kemp* for petitioner.

No. 234. COLE *v.* UNITED STATES. October 14, 1940. Petition for writ of certiorari to the Court of Appeals for the District of Columbia, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. C. L. Dawson* for petitioner.

No. 250. WEST *v.* UNITED STATES. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit, and motion for leave to